The following constitutes
the order of the court. Signed August 09, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Prober & Raphael,
A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank, N.A. its Successors and/or Assigns
F.040-1730

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>MILTON DO AKA TAM THAN H. DO,<br>MILTON V. DO AND ANNIE NGUYEN AKA<br>ANH NGUYET THI NGUYEN DBA MILTON<br>GENERAL CONSTRUCTION CO.,<br><br>Debtors.<br>_____ | Bk. No. 09-56573<br><br>CHAPTER 13<br><br>R.S. No. DRP – 800<br><br>ORDER FOR RELIEF FROM<br><u>AUTOMATIC STAY</u><br><br>Hearing-<br>Date : 7/28/10<br>Time : 10:00 a.m.<br>Place : U.S. Bankruptcy Court<br>        280 South First Street<br>        San Jose, California<br>        Courtroom 3099 |

        The Motion for Relief from Automatic Stay of U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest, came on for hearing on July 28, 2010 at 10:00 a.m., before the Honorable Roger L. Efremsky. Appearances are as set forth in the Court's docket.

        The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby terminated and extinguished as to U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **2994 Alviena Drive, San Jose, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof. |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby terminated and extinguished as to U.S. Bank, N.A. its Successors and/or Assigns, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **2994 Alviena Drive, San Jose, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

** END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Milton Do |
| | Annie Nguyen |
| 3 | 902 Delta Ct. |
| | San Jose, CA 95122 |
| 4 | Debtors |
| 5 | |
| | David A. Boone, Esquire |
| 6 | Law Offices of David A. Boone |
| | 1611 The Alameda |
| 7 | San Jose, CA 95126 |
| | Attorney for Debtors |
| 8 | |
| | Devin Derham-Burk |
| 9 | P. O. Box 50013 |
| | San Jose, CA 95150-0013 |
| 10 | Chapter 13 Trustee |
| 11 | |
| | Prober & Raphael, A Law Corporation |
| 12 | 20750 Ventura Boulevard, Suite 100 |
| | Woodland Hills, California 91364 |

-3-

Case: 09-56573    Doc# 45    Filed: 08/09/10    Entered: 08/09/10 13:43:14    Page 3 of 3